# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 13-136 (MJD/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Guy Edward Wheelock, | |
| Defendant. | |

Laura M. Provinzino and Manda M. Sertich, Assistant United States Attorneys, Counsel for Plaintiff.

Alan D. Margoles, Margoles & Margoles, Counsel for Defendant.

This matter is before the Court on Defendant Guy Edward Wheelock's objection to the Report and Recommendation of Magistrate Judge Tony N. Leung to deny Defendant's Motions to Suppress (ECF Nos. 23, 28, 31) on the basis that the administrative subpoenas violated his constitutional and statutory rights to privacy.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on that review, the Court will adopt the Report and Recommendation in its entirety.

Based on the foregoing, **IT IS HEREBY ORDERED** Defendant Guy Edward Wheelock's Motion to Dismiss (Doc. No. 19) and Motions to Suppress (Doc. Nos. 23, 28, 31) are **DENIED**.

Date: October 17, 2013   s/ Michael J. Davis
　　　　　　　　　　　　　　　Michael J. Davis
　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　United States District Court Judge